# Exhibit 2



Calfee, Halter & Griswold LLP
*Attorneys at Law*

rfalk@calfee.com
216.622.8206 **Direct**

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**
*calfee.com*

July 5, 2013

*VIA FIRST CLASS U.S. MAIL*

Precision Tarp
403 Dixon Avenue
Elgin, Illinois 60120

Re: **Tarping System Sold by Precision Tarp**
     **Our Ref. No. 20218/04543**

To Whom It May Concern:

Our law firm represents Wastequip, LLC ("Wastequip") with respect to intellectual property matters. As you may know, Wastequip is a leading North American manufacturer of waste handling and recycling equipment, including truck tarping systems.

Wastequip is the owner of many patents that cover its products, including U.S. Patent No. 6,981,734 entitled "Tarpaulin System for an Open-Top Cargo Hold" (the "'734 Patent")(copy attached for your reference) and takes the enforcement of its intellectual property rights seriously.

As you may already know, a U.S. patent grants the patent owner the right to exclude others from making, using, selling, and offering for sale products covered by the patent in the United States. Available remedies for infringement include monetary damages, which may include an award of lost profits and injunctive relief preventing further infringement. Additionally, enhanced damages (e.g., treble damages) are available for cases of willful infringement of a U.S. patent and attorney fees can be awarded in exceptional cases.

We are writing to inquire with you regarding a tarping system sold by Precision Tarp that has come to Wastequip's attention (as depicted in the attached brochure and photographs). It is Wastequip's position that the subject tarping system may fall within the scope of the '734 Patent.

We request that you provide a written response indicating that you will respect the intellectual property rights of Wastequip, including the '734 Patent. To the extent that you believe the identified tarping system sold by Precision Tarp is non-infringing, please provide a detailed

*Precision Tarp*
*July 5, 2013*
*Page 2*

explanation (including supporting evidence, documentation, photographs, etc.) as to why you believe the tarping system sold by Precision Tarp does not violate Wastequip's patent rights. Otherwise, we trust that Precision Tarp will immediately cease the manufacture, use, offer for sale, and sale of the tarping system in question, and we request written confirmation that you will comply with this request.

We look forward to receiving your response to this letter as soon as possible, and not later than **July 22, 2013**. Otherwise, our client will be forced to further investigate all of its available options to protect and enforce its intellectual property rights.


Respectfully,

Ryan W. Falk

Enclosures
cc: Wastequip, LLC

{02064146.DOC;1 }


US006981734B2

## (12) United States Patent
### Martin

(10) Patent No.: **US 6,981,734 B2**
(45) Date of Patent: **Jan. 3, 2006**

(54) **TARPAULIN SYSTEM FOR AN OPEN-TOP CARGO HOLD**

(75) Inventor: **William P. Martin**, Hoffman Estates, IL (US)

(73) Assignee: **Mountain Tarp and Awning, Inc.**, Middlesboro, KY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 16 days.

(21) Appl. No.: **10/766,794**

(22) Filed: **Jan. 27, 2004**

(65) **Prior Publication Data**
US 2004/0195858 A1    Oct. 7, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/443,094, filed on Jan. 28, 2003.

(51) Int. Cl.
*B60P 7/02* (2006.01)
(52) U.S. Cl. .................... 296/100.12; 296/100.01; 296/100.11; 296/100.17; 296/100.18
(58) Field of Classification Search ........... 296/100.01, 296/100.11, 100.12, 100.17, 100.18

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,050,923 A | * | 9/1991 | Petelka ................. | 296/100.18 |
| 5,938,270 A | * | 8/1999 | Swanson et al. ........ | 296/100.11 |
| 6,142,554 A | * | 11/2000 | Carroll et al. .......... | 296/100.12 |
| 2003/0067185 A1 | * | 4/2003 | Gothier et al. ......... | 296/100.11 |

\* cited by examiner

*Primary Examiner*—Lori L. Coletta
(74) *Attorney, Agent, or Firm*—Sand & Sebott

(57) **ABSTRACT**

A tarpaulin system for an open cargo hold for a vehicle and a method for repairing the tarpaulin system. The tarpaulin system includes a tarpaulin with a number of ribs or bows releasably connected along its length. A movable cable is provided on the cargo hold and the bows are releasably connected to this cable by brackets. The brackets have mounting flanges and cable followers, the mounting flanges being releasably connected to the bows and the cable followers being releasably connected to the cable. When the cable is drawn toward the rear of the cargo hold, the brackets and the bows and tarpaulin connected thereto are drawn toward the rear end of the cargo hold. When the cable is drawn toward the front of the cargo hold, the brackets and therefore the bows and tarpaulin, are drawn toward the front of the cargo hold. If a bow or connecting bracket breaks within the tarpaulin system, it may be disconnected from the tarpaulin and the cable and a replacement component may be reconnected to both the tarpaulin and the cable without disassembly of the entire tarpaulin system.

**25 Claims, 9 Drawing Sheets**



PRECISION TARP
Waterproof UV-resistant
Easier, Faster, and
Durable

$$

ONE FINGER CRANK

STAINLESS STEEL PARTS

**BETTER QUALITY FOR A LOWER PRICE!**

**PRECISION TARP**
403 DIXON AVENUE
ELGIN, ILLINOIS 60120
TEL: 847-742-4843
FAX: 847-742-5709
**888-433-1449**
www.PrecisionTarp.com

In Stock

Any Brand of Pins

Available 7 Days A Week









